**LINK:** JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 10-03847-GAF (AGRx) | Date | March 21, 2011 |
|---|---|---|---|
| Title | Cheng Gang v. Robert S. Mueller et al | | |

| Present: The Honorable | **GARY ALLEN FEESS, United States District Judge** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:**       **(In Chambers)**

Plaintiff filed a Complaint with this Court on May 21, 2011.

On January 11, 2011, the Court issued an Order to Show Cause RE: Lack of Prosecution in light of the Plaintiff's apparent failure to request entry of default. The Order specifically warned Plaintiff that the Court could dismiss this action if good cause was not shown for any failure to respond to the order. Plaintiff was to respond to the Court's Order to Show Cause no later than January 31, 2011. To date, however, no request for entry of default or response to the Court's Order has been filed with this Court.

Accordingly, the Court hereby dismisses the action without prejudice for lack of prosecution and for failure to respond to the Court's Order to Show Cause.

IT IS SO ORDERED.

|  | : |
|---|---|
| Initials of Preparer | rf |